# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV11-06360 JAK (FMOx) | Date | September 17, 2012 |
| Title | Kenny "Kenji" Gallo v. Phoenix Books, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On September 14, 2012, Defendant filed "Notice of Settlement" (Dkt. 83). The Court sets an Order to Show Cause re Dismissal for October 15, 2012 at 1:30 p.m. If the parties file a dismissal by October 11, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The October 1, 2012 Post Mediation Status Conference, November 19, 2012 Defendant and Third Party Plaintiff's Motion to Dismiss Portions of the Fourth Amended Complaint (Dkt. 79), December 3, 2012 Final Pretrial Conference, December 14, 2012 Exhibit Conference, and December 18, 2012 Jury Trial.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |